**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Richard J. Zaporowski | No.  09-39217 |
| Debtor | Hon.  Donald R. Cassling |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on November 6, 2014, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

_____/s/ Meredith S. Fox_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on James A. Young and Glenn B. Stearns on November 6, 2014.

_____/s/ Meredith S. Fox_____

Meredith S. Fox - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201-6679

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Richard J. Zaporowski
1364 Geringer Rd.
Algonquin, IL 60102

Glenn B. Stearns
801 Warrenville Road
Lisle, IL 60532

James A. Young
James A Young & Associates, Ltd.
47 DuPage Court
Elgin, IL 60120